| STATE OF INDIANA | ) | MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) | SS: |
| COUNTY OF MARION | ) | CAUSE NO.: 49D11-2008-CT-028083 |

KELLY HAUSCHILD, )
)
    Plaintiff, )
-vs- )
)
)
KOHL'S DEPARTMENT STORES, INC., )
)
    Defendant. )

## ALIAS SUMMONS

TO:    Kohl's Department Stores, Inc.
        c/o Registered Agent
        **Corporate Creations Network, Inc.**
        **8520 Allison Pointe Blvd., #220**
        **Indianapolis, IN 46250**

    You are hereby notified that you have been sued by the persons named as Plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the Complaint for Damages. The attached Complaint states the relief sought or the demand made against you by the Plaintiff.

    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

    Your written answer must comply with and be in the form prescribed by the Indiana Trial Rules of Civil Procedure and the rules of the trial Court.

    8/18/2020
Dated_____    _Myla A. Eldridge_____
                                            Clerk, Marion County _____ Court

Martha McDermott, #18800-49
GARRISON LAW FIRM, L.L.C.
9795 Crosspoint Blvd., Suite 101
Indianapolis, Indiana 46256
(317) 842-8283

    The following manner of service of Summons is hereby designated:  **Certified Mail**

94357.21

| | |
|---|---|
| STATE OF INDIANA | IN MARION SUPERIOR COURT 11 |
| COUNTY OF MARION | CAUSE NO.: 49D11-2008-CT-28083 |
| KELLY HAUSCHILD, | |
| Plaintiff, | |
| v. | |
| KOHL'S DEPARTMENT STORES, INC., | |
| Defendant. | |

## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

1.  The party on whose behalf this form is being filed is:  Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

**KOHL'S DEPARTMENT STORES, INC.**

2.  Attorney information for service as required by Trial Rule 5(B)(2):

    Matthew J. Jankowski          Atty. No. #20972-49
    KOPKA PINKUS DOLIN PC         Telephone: 317-818-1360
    550 Congressional Blvd., Suite 310   Facsimile:  317-818-1390
    Carmel, IN 46032              Email:  mjjankowski@kopkalaw.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)   certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)   acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)   understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

1

3. This is a civil tort case type as defined in administrative Rule 8(B)(3)

4. I will accept service by:
   Fax at the above noted number: NO
   Email at the above noted address: YES

5. This case involves child support issues: NO

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order: NO

7. This case involves a petition for involuntary commitment: NO

8. Are there related cases: NO

9. Additional information required by local rule: NONE

10. Are there other party members: NO

11. This form has been served on all other parties and Certificate of Service is attached: YES

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: ___/s/ Matthew J. Jankowski___
Matthew J. Jankowski (#20972-49)
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Martha M. McDermott
Garrison Law Firm, LLC
9795 Crosspoint Blvd., Suite 101
Indianapolis, IN  46250

                                                */s/ Matthew J. Jankowski*


KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:     (317) 818-1360
Fax:    (317) 818-1390
Email: MJJankowski@kopkalaw.com

3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION COUNTY _____ COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: |

| | |
|---|---|
| KELLY HAUSCHILD, | ) |
| | ) |
|     Plaintiff, | ) |
| -vs- | ) |
| | ) |
| | ) |
| KOHL'S DEPARTMENT STORES, INC., | ) |
| | ) |
|     Defendant. | ) |

# APPEARANCE

1.  The party on whose behalf this form is being filed is:

    Initiating   X                Responding _____           Intervening _____ ; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of party:     Kelly Hauschild

    Address of party:   12948 Sinclair Place, Fishers, IN  46038

    Telephone # of party:  317-446-7090

2.  Attorney information for service as required by Trial Rule 5(B)(2):

    Name:          Martha McDermott, Attorney No.:  18800-49
                   Christopher Garrison, Attorney No.:  8377-49

    Address:       GARRISON LAW FIRM, L.L.C.
                   9795 Crosspoint Boulevard, Suite 101
                   Indianapolis, Indiana 46256

    Phone:         (317) 842-8283

    FAX:           (317) 841-6036

    Email address:  martha@garrisonlegal.com; kelly@garrisonlegal.com

**IMPORTANT**:  Each attorney specified on this appearance:

1

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above from the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

6. This case involves child support issues: Yes ___   No _X_.

7. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ___   No _X_.

8. This case involves a petition for involuntary commitment. Yes ___   No _X_.

9. There are related cases: Yes ___   No _X_.

10. Additional information required by local rule:
    _____

11. There are other party members: Yes ___   No _X_.

12. This form has been served on all other parties and Certificate of Service is attached: Yes ___   No _X_.

                                    */s/ Martha McDermott*
                                    Martha McDermott, #18800-49
                                    GARRISON LAW FIRM, L.L.C.
                                    9795 Crosspoint Boulevard, Suite 101
                                    Indianapolis, Indiana 46256
                                    Ph.:  (317) 842-8283; Fax:  (317) 841-6036
                                    Email:  Martha@Garrisonlegal.com

Case 1:20-cv-02424-SEB-MPB   Document 1-1   Filed 09/18/20   Page 7 of 17 PageID #: 10

Filed: 8/18/2020 10:07 AM
Clerk
Marion County, Indiana

49D11-2008-CT-028083

Marion Superior Court, Civil Division 11

| STATE OF INDIANA | ) | MARION COUNTY _____ COURT |
|---|---|---|
|  | ) | SS: |
| COUNTY OF MARION | ) | CAUSE NO. |

| KELLY HAUSCHILD, | ) |
|---|---|
|  | ) |
| Plaintiff, | ) |
| -vs- | ) |
|  | ) |
| KOHL'S DEPARTMENT STORES, INC., | ) |
|  | ) |
| Defendant. | ) |

## **COMPLAINT FOR DAMAGES**

Comes now Plaintiff, Kelly Hauschild, by counsel, Martha McDermott, and for her Complaint for Damages against the Defendant, Kohl's Department Stores, Inc., alleges and asserts as follows:

1. At all times relevant to this Complaint for Damages, Kelly Hauschild, was a resident of the County of Hamilton, State of Indiana.

2. At all times relevant to this Complaint, the Defendant Kohl's Department Stores, Inc. was a business entity doing business and operating in the County of Marion, State of Indiana.

3. On or about January 25, 2019, Plaintiff, Kelly Hauschild, was a legal patron of Kohl's Department Store, located at 8141 E. 96th Street, Indianapolis, Indiana 46256.

4. On or about January 25, 2019, the Defendant owned, operated, managed and/or maintained or had a duty to own, operate, manage and/or maintain, both individually and by and/or through its agents, servants and/or employees, the premises located at 8141 E. 96th Street, Indianapolis, Indiana 46256.

5. On or about January 25, 2019, Kelly Hauschild was walking from the parking lot to the entrance of Kohl's Department Stores, Inc. and slipped on a patch of ice, falling into and over the curb in front of the store and suffering a broken arm.

6. Kohl's Department Stores, Inc. had a duty to maintain the aforementioned premises, including said sidewalks and parking lots, in a reasonably safe condition for persons lawfully on said premises, to include the Plaintiff herein.

7. The Defendant failed to keep their premises safe for their patrons, including Kelly Hauschild.

8. As a direct and proximate result of the negligence of the Defendant, the Plaintiff suffered bodily injury, economic injury, pain and suffering, and mental and emotional upset.

WHEREFORE, Plaintiff prays that the Court enter judgment against the Defendant for compensatory damages, for consequential damages, for the cost of this action, and for all other relief, just and proper in the premises.

Respectfully submitted,

GARRISON LAW FIRM, LLC

*/s/ Martha McDermott*
Martha McDermott, #18800-49

## REQUEST FOR TRIAL BY JURY

Comes now Plaintiff, by counsel, and hereby requests trial by a jury.

GARRISON LAW FIRM, LLC

*/s/ Martha McDermott*
Martha McDermott, #18800-49

GARRISON LAWFIRM
9795 Crosspoint Blvd.
Ste. 101
Indianapolis, IN  46256
Telephone: (317) 842-8283
Facsimile: (317) 841-6036

| STATE OF INDIANA | ) | MARION COUNTY _____ COURT |
|---|---|---|
| | ) | SS: |
| COUNTY OF MARION | ) | CAUSE NO. |

| KELLY HAUSCHILD, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| -vs- | ) |
| | ) |
| KOHL'S DEPARTMENT STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

Comes now Plaintiff, Kelly Hauschild, by counsel, Martha McDermott, and for her Complaint for Damages against the Defendant, Kohl's Department Stores, Inc., alleges and asserts as follows:

1. At all times relevant to this Complaint for Damages, Kelly Hauschild, was a resident of the County of Hamilton, State of Indiana.

2. At all times relevant to this Complaint, the Defendant Kohl's Department Stores, Inc. was a business entity doing business and operating in the County of Marion, State of Indiana.

3. On or about January 25, 2019, Plaintiff, Kelly Hauschild, was a legal patron of Kohl's Department Store, located at 8141 E. 96th Street, Indianapolis, Indiana 46256.

4. On or about January 25, 2019, the Defendant owned, operated, managed and/or maintained or had a duty to own, operate, manage and/or maintain, both individually and by and/or through its agents, servants and/or employees, the premises located at 8141 E. 96th Street, Indianapolis, Indiana 46256.

1

5. On or about January 25, 2019, Kelly Hauschild was walking from the parking lot to the entrance of Kohl's Department Stores, Inc. and slipped on a patch of ice, falling into and over the curb in front of the store and suffering a broken arm.

6. Kohl's Department Stores, Inc. had a duty to maintain the aforementioned premises, including said sidewalks and parking lots, in a reasonably safe condition for persons lawfully on said premises, to include the Plaintiff herein.

7. The Defendant failed to keep their premises safe for their patrons, including Kelly Hauschild.

8. As a direct and proximate result of the negligence of the Defendant, the Plaintiff suffered bodily injury, economic injury, pain and suffering, and mental and emotional upset.

WHEREFORE, Plaintiff prays that the Court enter judgment against the Defendant for compensatory damages, for consequential damages, for the cost of this action, and for all other relief, just and proper in the premises.

Respectfully submitted,

GARRISON LAW FIRM, LLC

*/s/ Martha McDermott*
Martha McDermott, #18800-49

## REQUEST FOR TRIAL BY JURY

Comes now Plaintiff, by counsel, and hereby requests trial by a jury.

                GARRISON LAW FIRM, LLC

                */s/ Martha McDermott*
                Martha McDermott, #18800-49

GARRISON LAWFIRM
9795 Crosspoint Blvd.
Ste. 101
Indianapolis, IN  46256
Telephone: (317) 842-8283
Facsimile: (317) 841-6036



Filed: 8/26/2020 11:57 AM
Clerk
Hamilton County, Indiana

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Kohl's Department Stores, Inc.
c/o Registered Agent
Corporate Creations Network Inc.
8520 Allison Pointe Blvd #220
Indianapolis, IN 46250

9590 9402 3759 8032 2929 72

2. Article Number (*Transfer from service label*)
7013 2250 0000 0722 8643

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 1S J01L C19 ☒ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
8-21-20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

USPS TRACKING #

9590 9402 3759 8032 2929 72

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

AUG 25 2020

• Sender: Please print your name, address, and ZIP+4® in this box•

GARRISON LAW FIRM, LLC
9795 Crosspoint Blvd.,
Suite 101
Indianapolis, IN 46256 - Householder
Alias
Comm, Summ, Appearance to Kohl's

5-332711

94357.22

| | |
|---|---|
| STATE OF INDIANA | IN MARION SUPERIOR COURT 11 |
| COUNTY OF MARION | CAUSE NO.: 49D11-2008-CT-28083 |
| KELLY HAUSCHILD, | |
| Plaintiff, | |
| v. | |
| KOHL'S DEPARTMENT STORES, INC., | |
| Defendant. | |

### DEFENDANT'S NOTICE OF AUTOMATIC ENLARGEMENT OF TIME

Defendant, Kohl's Department Stores, Inc., by counsel, Matthew J. Jankowski of Kopka Pinkus Dolin PC, respectfully moves the Court for an automatic enlargement of time to respond to Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1) and Marion Circuit and Superior Courts Civil Rule 203(D), and states:

1. That no prior extensions have been requested.

2. On information and belief, Defendant was notified of Plaintiff's claim on August 21, 2020, and its responsive pleading would be due on September 13, 2020, which has not yet passed.

3. The date to which said extension of time would automatically extend is October 13, 2020.

4. That such extension of time is necessary for Defendant's attorney to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

WHEREFORE, Defendant, Kohl's Department Stores, Inc., by counsel, files its Notice of Automatic Enlargement of Time of 30 days, up to and including October 13, 2020.

1

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By:    */s/ Matthew J. Jankowski*
      Matthew J. Jankowski (#20972-49)
      Attorney for Defendant


CERTIFICATE OF SERVICE

     I hereby certify that on the 10th day of September, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Martha M. McDermott
Garrison Law Firm, LLC
9795 Crosspoint Blvd., Suite 101
Indianapolis, IN 46250

          */s/ Matthew J. Jankowski*


KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN 46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: MJJankowski@kopkalaw.com

2

Filed: 8/26/2020 11:57 AM
Clerk
Marion County, Indiana

| | |
|---|---|
| STATE OF INDIANA ) | MARION COUNTY SUPERIOR COURT |
| ) | SS: |
| COUNTY OF MARION ) | CAUSE NO. 49D11-2008-CT-028083 |

KELLY HAUSCHILD, )
            )
   Plaintiff, )
-vs- )
            )
KOHL'S DEPARTMENT STORES, INC., )
            )
   Defendant. )

## NOTICE OF SERVICE

Comes now the Plaintiff, by counsel, and hereby provides notice of the service of the Complaint for Damages, Summons and Appearance on Defendant, Kohl's Department Stores, Inc., via First Class U.S. Certified Mail. The Certified Mail Return Receipt was received back in our office on August 25, 2020, and was signed for by a representative (signature illegible) of Corporate Creations Network, Inc. on August 21, 2020, which is the Indiana Registered Agent for Kohl's Department Stores, Inc. See attached Exhibit A.

Respectfully submitted,

GARRISON LAW FIRM, LLC

/s/ *Martha M. McDermott*

---

Martha M. McDermott, #18800-49
GARRISON LAW FIRM, L.L.C.
9795 Crosspoint Blvd., Ste. 101
Indianapolis, IN 46250
Phone: (317) 842-8283
Fax: (3117) 842-8283
Email: Martha@garrisonlegal.com

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been served upon all parties below by the Indiana E-Filing System this 26th day of August, 2020.

Kohl's Department Stores, Inc.
c/o Registered Agent
Corporation Creations Network, Inc.
8520 Allison Point Blvd., Ste. 220
Indianapolis, IN  46250

                      GARRISON LAW FIRM, LLC

                      /s/ *Martha M. McDermott*
                      Martha M. McDermott, #18800-49
                      GARRISON LAW FIRM, L.L.C.
                      9795 Crosspoint Blvd., Ste. 101
                      Indianapolis, IN 46250
                      Phone: (317) 842-8283
                      Fax: (3117) 842-8283
                      Email:  Martha@garrisonlegal.com
                                    kelly@garrisonlegal.com